IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Respondent/Plaintiff,

v.                                                            Civ. No.  07-946 WJ/RLP
                                                            Cr. No.    06-615 WJ

MARTIN SAAVEDRA-VILLASENOR,

    Movant/Defendant.

## ORDER

THIS MATTER comes before the Court on the Magistrate Judge's Report and Recommendation and neither party having filed objections thereto, the Court finds that the Magistrate Judge's Report and Recommendation shall be adopted by the Court.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation is adopted by the Court and this case is dismissed with prejudice.

IT IS SO ORDERED.

_____
United States District Judge